[Civ. No. 13762. Second Dist., Div. Two. June 24, 1942.]

JESSIE WEBB et al., Appellants, v. SEABOARD TRANS-
PORTATION CO. (a Corporation), et al., Respondents.

Hansen & Sweeney for Appellants.

Tripp, Penney & Callaway for Respondents.

THE COURT—The respondents having served and filed
their motion to dismiss the appeal in the above entitled
matter, supported by a certificate of the clerk of the su-
perior court setting forth the facts required by rule VI of
this court, and it appearing that all of the grounds stated
in the motion are supported by the said certificate and by
the authorities cited,

It is ordered that this appeal be, and the same hereby is,
dismissed.

[Civ. No. 13763. Second Dist., Div. Two. June 24, 1942.]

A. E. McCABE et al., Appellants, v. SANTA MONICA
SCHOOL DISTRICT OF LOS ANGELES COUNTY
et al., Respondents.

Thomas Reynolds and Grant G. Calhoun for Appellants.

Tripp, Penney & Callaway for Respondents.

THE COURT—The respondents having served and filed
their motion to dismiss the appeal in the above entitled
matter, supported by a certificate of the clerk of the su-
perior court setting forth the facts required by rule VI of
this court, and it appearing that all of the grounds stated
in the motion are supported by the said certificate and by
the authorities cited,

It is ordered that this appeal be, and the same hereby is,
dismissed.